1  DAVID L. JORDAN (SBN 203457)
   dljordan@grsm.com
2  EDWARD ROMERO (SBN 148495)
   eromero@grsm.com
3  GORDON REES SCULLY MANSUKHANI, LLP
   275 Battery Street, Suite 2000
4  San Francisco, CA 94111
   Telephone: (415) 875-3323
5  Facsimile: (415) 986-8054

6  Attorneys for PLAINTIFF AND COUNTER-DEFENDANT
   GOOD TIMES RESTAURANTS, LLC AND
7  THIRD PARTY DEFENDANT VIKRAM BHAMBRI

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOD TIMES RESTAURANTS, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>SHINDIG HOSPITALITY GROUP LLC, an Illinois limited liability company; and DOES 1-10,<br><br>Defendant.<br><br>SHINDIG HOSPITALITY GROUP LLC, an Illinois limited liability company<br><br>Counter-Plaintiff,<br><br>v.<br><br>GOOD TIMES RESTAURANTS, LLC, a California limited liability company,<br><br>Counter-Defendant. | Case No. 3:21-cv-07688 AGT<br><br>**AMENDED NOTICE OF MOTION AND MOTION OF COUNTER-DEFENDANT GOOD TIMES, LLC AND THIRD-PARTY DEFENDANT VIKRAM BHAMBRI TO STRIKE ALLEGATIONS FROM THE COUNTERCLAIM AND THIRD-PARTY COMPLAINT OF SHINDIG HOSPITALITY GROUP, LLC**<br><br>Date: Friday, March 25, 2022<br>Time: 10:00 a.m.<br>Courtroom: A – 15th Floor<br>[The Honorable Alex G. Tse] |

-1-

Amended Notice of Motion and Motion to Strike Allegations from       Case No. 3:21-cv-07688 AGT
Counterclaim and Third-Party Complaint of Shindig Hospitality Group, LLC

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on Friday. March 25, 2022 at 10:00 a.m., or as soon thereafter as the matter can be heard before the Honorable Alex G. Tse in Courtroom A, 15th Floor of the United States District Court for the Northern District of California, located at 450 Golden Gate Avenue, San Francisco, California 94102, counter-defendant Good Times Restaurant, LLC ("Good Times") and Third Party defendant Vikram Bhambri ("Bhambri") will and hereby do move to strike allegations contained in the Counterclaim and Third-Party complaint of Counterclaimant Shindig Hospitality Group, LLC ("Shindig"). In its pleading, Shindig characterizes its Counterclaim and Third-Party complaint collectively as the "Counterclaim."

The Motion to Strike is made pursuant to Rule 12(f) of the Federal Rules of Civil Procedure because a number of the allegations in the Counterclaim concern injuries purportedly suffered by non-party Manish Mallick and Shindig. As such, the allegations are properly stricken because they are irrelevant, immaterial and impertinent to the issues in the Counterclaim and Third Party Complaint.

Similarly, the allegation that Good Times provided Shindig with undocumented employees as to whom Shindig was forced to pay them in cash is properly stricken because there is no legal basis for the allegation and it is therefore irrelevant, immaterial and impertinent.

The allegations in the Counterclaim to be stricken are:

1. The entirety of paragraph 17 of the Counterclaim which reads:

> Relying on Bhambri's representations, Mr. Mallick agreed and began taking steps to form a legal entity (Shindig), scout a location to open the bar and restaurant, and generate the funds needed to finance the opening of the restaurant.

2. The entirety of paragraph 18 of the Counterclaim which reads:

> The parties agreed that the restaurant would operate under the name "ROOH" and serve progressive Indian food and Asian inspired cocktails (the "Restaurant").

Gordon Rees Scully Mansukhani, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

3. The portion of paragraph 22 of the Counterclaim which reads

having already invested approximately $700,000.00 into the buildout and opening of the Restaurant,

4. The entirety of paragraph 26 of the Counterclaim which reads:

As part of the terms of the Shindig Operating Agreement, Mr. Mallick would pay an initial capital contribution of $660,000.00. The remaining members would each pay a capital contribution of $110,000.00.

5. The portion of paragraph 29 of the Counterclaim which reads:

"Mr. Mallick paid all amounts to secure the Property out of his own funds."

6. The entirety of paragraph 30 of the Counterclaim which reads:

Thereafter, Mr. Mallick spent significant time, money, and energy preparing the Property to operate as a bar and restaurant.

7. The portion of paragraph 31 of the Counterclaim which reads:

"As a result, Mr. Mallick had no choice but to work extensively with third parties to design and implement a space for the Restaurant."

8. The entirety of paragraph 34 of the Counterclaim which reads:

"As a result, Mr. Mallick was forced to quit his own full-time job and take over exclusive operation of the Restaurant due to continuous operational issues, only some of which are described below."

9. The portion of paragraph 45 of the Counterclaim which reads:

"Good Times engaged in improper labor practices by sending their employees who were not legal to work at the Restaurant and forcing Shindig to pay the employees in cash."

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Gordon Rees Scully Mansukhani, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

The Motion to Strike (the "Motion") is based on this Amended Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities in support of the Motion; all pleadings on file in this matter and the arguments of counsel and all other matters that may be presented to the Court at the time of the hearing of this Motion.

Dated: February 15, 2022

GORDON REES SCULLY MANSUKHANI, LLP

By: /s/ David Jordan
    David L. Jordan
    Edward Romero
Attorneys for PLAINTIFF AND COUNTER-DEFENDANT GOOD TIMES RESTAURANTS, LLC and THIRD PARTY DEFENDANT VIKRAM BHAMBRI

-4-
Amended Notice of Motion and Motion to Strike Allegations from Counterclaim and Third-Party Complaint of Shindig Hospitality Group, LLC

Case No. 3:21-cv-07688 AGT

# CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants.

/s/ David L. Jordan
DAVID L. JORDAN  (SBN 203457)

Gordon Rees Scully Mansukhani, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

1248979/64820537v.3

-5-
Amended Notice of Motion and Motion to Strike Allegations from Counterclaim and Third-Party Complaint of Shindig Hospitality Group, LLC    Case No.  3:21-cv-07688 AGT