1  DAVID L. JORDAN (SBN 203457)
   dljordan@grsm.com
2  EDWARD ROMERO (SBN 148495)
   eromero@grsm.com
3  GORDON REES SCULLY MANSUKHANI, LLP
   275 Battery Street, Suite 2000
4  San Francisco, CA 94111
   Telephone:  (415) 875-3323
5  Facsimile:   (415) 986-8054

6  Attorneys for PLAINTIFF AND COUNTER-DEFENDANT
   GOOD TIMES RESTAURANTS, LLC AND
7  THIRD PARTY DEFENDANT VIKRAM BHAMBRI

8

9

10              UNITED STATES DISTRICT COURT

11          FOR THE NORTHERN DISTRICT OF CALIFORNIA

12

| | |
|---|---|
| 13  GOOD TIMES RESTAURANTS, LLC, a California limited liability company, | ) **Case No.  3:21-cv-07688 AGT** |
| 14 | ) **AMENDED NOTICE OF MOTION AND** |
| Plaintiff, | ) **MOTION OF COUNTER-DEFENDANT** |
| 15 | ) **GOOD TIMES, LLC AND THIRD PARTY** |
| v. | ) **DEFENDANT VIKRAM BHAMBRI TO** |
| 16 | ) **DISMISS PORTIONS OF THE** |
| SHINDIG HOSPITALITY GROUP LLC, | ) **COUNTERCLAIM OF SHINDIG** |
| 17  an Illinois limited liability company; and | ) **HOSPITALITY GROUP, LLC** |
| DOES 1-10, | ) |
| 18 | ) |
| Defendant. | ) Date:  Friday, March 25, 2022 |
| 19 | ) Time:  10:00 a.m. |
| SHINDIG HOSPITALITY GROUP LLC, | ) Courtroom: A – 15th Floor |
| 20  an Illinois limited liability company | ) [The Honorable Alex G. Tse] |
| 21 | ) |
| Counter-Plaintiff, | ) |
| 22 | ) |
| v. | ) |
| 23  GOOD TIMES RESTAURANTS, LLC, a | ) |
| California limited liability company, | ) |
| 24 | ) |
| 25 | ) |
| Counter-Defendant. | ) |
| 26 | ) |

27

28
                              -1-
   Amended Notice of Motion and Motion of Counter-Defendant Good Times, LLC and Third-Party
   Defendant Vikram Bhambri to Dismiss Counterclaim of Shindig Hospitality Group, LLC

*Gordon Rees Scully Mansukhani, LLP*
*275 Battery Street, Suite 2000*
*San Francisco, CA 94111*

Gordon Rees Scully Mansukhani, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

1    **TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

2        **PLEASE TAKE NOTICE** that on Friday, March 25, 2022 at 10:00 a.m., or as

3    soon thereafter as the matter can be heard before the Honorable Alex G. Tse in

4    Courtroom A, 15th Floor of the United States District Court for the Northern District of

5    California, located at 450 Golden Gate Avenue, San Francisco, California 94102,

6    counter-defendant Good Times Restaurant, LLC ("Good Times") and Third Party

7    defendant Vikram Bhambri ("Bhambri") will, and hereby do, move to dismiss the

8    Second, Third, Fifth, Sixth and Seventh Claims for Relief to the counterclaim and Third

9    Party complaint of Shindig Hospitality Group, LLC ("Shindig") which Shindig

10   collectively refers to in its pleading as the "Counterclaim."

11       The Motion to Dismiss (the "Motion") is made pursuant to Rule 12(b)(6) of the

12   Federal Rules of Civil Procedure on the grounds that the Consulting and Licensing

13   Agreement alleged in the Counterclaim is not a franchise agreement.  As such, the

14   Counterclaim fails to state a claim upon which relief can be based for violation of (i) the

15   California Franchise Investment Law as asserted in the Second Claim for Relief; (ii) the

16   California Unfair Competition Law (the "UCL") as asserted in the Fifth Claim for relief;

17   the California Franchise Relations Act as asserted in the Sixth Claim for Relief; and the

18   Illinois Franchise Disclosure Act as asserted in the Seventh Claim for Relief.

19       Good Times and Bhambri further move, under Rule 12(b)(6) to dismiss the Third

20   Claim for Relief for Breach of Fiduciary duty because it fails to state a claim upon which

21   relief can be granted.

22       Good Times and Bhambri will further move to dismiss, under Rule 12(b)(6), the

23   Eighth Claim for Relief for fraudulent misrepresentation because it fails to state a claim

24   upon which relief can be granted.

25       This Motion is based on this Amended Notice of Motion and Motion, the

26   accompanying Memorandum of Points and Authorities; all pleadings on file in this matter

27

28

-2-

Amended Notice of Motion and Motion of Counter-Defendant Good Times, LLC and Third-Party
Defendant Vikram Bhambri to Dismiss Counterclaim of Shindig Hospitality Group, LLC

1    and the arguments of counsel and all other matters that may be presented to the Court at

2    the time of the hearing of this Motion.

3

4

5    Dated: February 15, 2022        GORDON REES SCULLY MANSUKHANI, LLP

6                                    By: _____

7                                        David L. Jordan
                                         Edward Romero
8                                    Attorneys for PLAINTIFF AND COUNTER-
                                     DEFENDANT GOOD TIMES RESTAURANTS,
9                                    LLC and THIRD PARTY DEFENDANT
                                     VIKRAM BHAMBRI

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-

Amended Notice of Motion and Motion of Counter-Defendant Good Times, LLC and Third-Party
Defendant Vikram Bhambri to Dismiss Counterclaim of Shindig Hospitality Group, LLC

Gordon Rees Scully Mansukhani, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Gordon Rees Scully Mansukhani, LLP**
**275 Battery Street, Suite 2000**
**San Francisco, CA 94111**

1248979/64792615v.2

**CERTIFICATE OF SERVICE**

I hereby certify that on February 15, 2022, I electronically transmitted the

attached document to the Clerk's Office using the CM/ECF System for filing and

transmittal of a Notice of Electronic Filing to the CM/ECF registrants.

/s/ David L. Jordan_____
DAVID L. JORDAN  (SBN 203457)

-4-

Amended Notice of Motion and Motion of Counter-Defendant Good Times, LLC and Third-Party
Defendant Vikram Bhambri to Dismiss Counterclaim of Shindig Hospitality Group, LLC