UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOD TIMES RESTAURANTS, LLC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SHINDIG HOSPITALITY GROUP, LLC, et al., <br><br> Defendants. | Case No. 21-cv-07688-AGT <br><br> **ORDER ON MOTION FOR ATTORNEY'S FEES** <br><br> Re: Dkt. No. 118 |

Plaintiffs incurred $14,462.80 in attorney's fees to enforce the settlement agreement after defendants breached it. *See* Dkt. 116 (order granting plaintiffs' motion to enforce the settlement agreement); Dkt. 118-1, Holder Decl. ¶¶ 4–5 (documenting fees incurred). Under the agreement, plaintiffs are entitled to recover those fees so long as the fees were reasonable. *See* Dkt. 104-1, Anand Decl., Ex. 1, Settlement Agreement ¶ 19.

Plaintiffs' fees were reasonable. Their attorney, a civil lawyer with 16 years of experience, billed 33.1 hours to enforce the settlement agreement at rates of $436 and $449 per hour. *See* Holder Decl. ¶¶ 3–5; *cf. Ennova Rsch. SRL v. Beebell Inc.*, No. 16-CV-05114-KAW, 2019 WL 285797, at *3 (N.D. Cal. Jan. 22, 2019) (finding $425 to be a reasonable

hourly rate, six years ago, for a civil litigator with 15 years of experience). Defendants haven't opposed plaintiffs' motion, and the Court grants it.

If plaintiffs incur additional collection costs to enforce the settlement agreement or this Court's orders, plaintiffs may file a motion for an award of those costs, too. The Clerk of the Court shall administratively close the case. This is an internal procedure that doesn't affect the substantive rights of the parties.

**IT IS SO ORDERED.**

Dated: June 10, 2025

_____
Alex G. Tse
United States Magistrate Judge